COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Juan Hernandez and Maria Hernandez v. MERS and Household Finance Corporation III, U.S. Bank Trust, N.A. as Trustee for LSF8 Master Participation Trust and Caliber Homes Loan, Inc.

Appellate case number:      01-18-00468-CV

Trial court case number:    2015-32570

Trial court:                133rd District Court of Harris County

Our review of the above-referenced appeal requires a supplemental clerk's record containing the following filed in the underlying case:

(1) the trial court's August 8, 2019 Order Setting Amount of Security on Judgment (Trial Court Docket Image No. 81198766);

(2) the district court clerk's September 4, 2018 certificate of deposit in lieu of supersedeas bond (Trial Court Docket Image No. 81543358);

(3) the district court clerk's October 3, 2018 certificate of deposit in lieu of supersedeas bond (Trial Court Docket Image No. 82005662);

(4) the district court clerk's November 1, 2018 certificate of deposit in lieu of supersedeas bond (Trial Court Docket Image No. 82414329); and

(5) the district court clerk's December 14, 2018 certificate of deposit in lieu of supersedeas bond. (Trial Court Docket Image No. 82895014).

Accordingly, we order that the district court clerk file a supplemental clerk's record containing the requested items by no later than **September 6, 2019.**

It is so ORDERED.

Judge's signature: ____/s/ Sarah B. Landau____
                                Acting individually

Date: __August 27, 2019____